UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD MOONEY,<br><br>                Plaintiff,<br><br>  v.<br><br>ROLLER BEARING COMPANY OF AMERICA, INC., a Delaware corporation,<br><br>                Defendant. | No.<br><br>**NOTICE OF REMOVAL** |

TO:         CLERK OF THE COURT;

AND TO:   Richard Mooney, Plaintiff;

AND TO:   Patrick J. Kang, Kristina Ohlinger, Premier Law Group, PLLC, Attorneys for Plaintiff.

      Defendant Roller Bearing Company of America, Inc. (hereinafter, "RBCA"), by and through its undersigned attorneys, hereby gives notice and petitions for the removal of the above-referenced action, and in support thereof, states as follows:

      1.    Plaintiff commenced the above-titled action in the Superior Court of the State of Washington for King County, under Cause No. 20-2-09558-3 KNT on June 3, 2020. Plaintiff served Defendant RBCA on June 8, 2020. This action is now pending in that Court.

      2.    This Notice of Removal is filed within 30 days after service of the original

NOTICE OF REMOVAL - 1

Summons and Complaint on RBCA on June 8, 2020, and is therefore timely under 28 U.S.C. § 1446(b).

3. Intradistrict Assignment: This is a civil action originally filed in the Superior Court in and for King County, Washington, on the basis that all acts alleged occurred in King County, Washington. On information and belief, Plaintiff is a resident of King County, Washington at the time this action was commenced and at the time this petition for removal was filed. The allegations in Plaintiff's complaint arise from his employment with RBCA, which conducts business in King County. As such, under the criteria listed in LCR 3(d)(1), this case would be assigned to a judge in Seattle. RBCA reserves, and does not waive, any objections it may have to service, jurisdiction, or venue, and any and all other defenses or objections to this action.

4. Defendant RBCA is a corporation incorporated and domiciled in the State of Delaware at the time this action was commenced and at the time this petition for removal was filed. RBCA's principal place of business is Oxford, Connecticut. RBCA is duly qualified to do business in the State of Washington.

5. This civil action may be removed to this Court pursuant to the Court's original and supplemental jurisdiction under 28 U.S.C. § 1441(c) and 28 U.S.C. § 1367(a). This Court has original jurisdiction of all civil actions arising under the laws of the United States. 28 U.S.C. § 1331. Plaintiff has asserted a claim under 29 U.S.C. § 2601 *et seq.*, the federal Family and Medical Leave Act ("FMLA"). Because this Court has original jurisdiction of Plaintiff's FMLA claim, the entire action can be removed pursuant to 28 U.S.C. § 1441(c). Additionally,

NOTICE OF REMOVAL - 2

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  this Court has supplemental jurisdiction over Plaintiff's remaining state law claims. In any civil action of which this Court has original jurisdiction, this Court also "shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367(a). Like his FMLA claim, Plaintiff's state law claims under the Washington Law Against Discrimination, Washington Paid Family & Medical Leave Act, and Washington Minimum Wage Act all arise from his alleged disabilities and termination from employment with RBCA. Plaintiff's state law claims "are so related" to his FMLA claim as to "form part of the same case or controversy." This action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(c) and 28 U.S.C. § 1367(a).

6. This action may also be removed to this Court under 28 U.S.C. §1332 and 28 U.S.C. §1441(b). This Court has original jurisdiction over this action because it is a civil action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. §1332. Plaintiff is a citizen of Washington. As a Delaware corporation, RBCA is a citizen of Delaware. It is evident from the allegations of the Complaint and the nature of Plaintiffs' claims that the amount in controversy exceeds $75,000, exclusive of interest and costs, as Plaintiff seeks economic damages, noneconomic damages, liquidated damages, and attorney's fees. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89, 135 S. Ct. 547, 554, 190 L. Ed. 2d 495 (2014) ("a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold"); *Lewis v. Verizon Commc'ns, Inc.*, 627 F.3d 395, 400 (9th Cir. 2010)

NOTICE OF REMOVAL - 3

**Corr Cronin LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  ("amount in controversy is simply an estimate of the total amount in dispute").  Accordingly,

2  this action may be removed to this Court under 28 U.S.C. §1332 and 28 U.S.C. §1441(b).

3        7.      The underlying Complaint is being filed contemporaneously with this Notice of

4  Removal as a separate attachment.  Pursuant to 28 U.S.C. § 1446(a) and LCR 101(b), Defendant

5  has also filed the Attorney Verification of State Court Record simultaneously with this Notice

6  of Removal, as well as a copy of this Notice of Removal with the King County Superior Court.

7        DATED this 1st day of July, 2020.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1001 Fourth Avenue, Suite 3900
Seattle, Washington  98154
(206) 625-8600 Phone
((206) 625-0900 Fax
bmarksdias@corrcronin.com

CORR CRONIN LLP

*s/ Victoria E. Ainsworth*
Victoria E. Ainsworth, WSBA No. 49677
1001 Fourth Avenue, Suite 3900
Seattle, Washington  98154
(206) 625-8600 Phone
((206) 625-0900 Fax
tainsworth@corrcronin.com

*Attorneys for Defendant Roller Bearing Company of America, Inc.*

NOTICE OF REMOVAL - 4

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin LLP, attorneys for Defendant herein.

2. On July 1, 2020, I caused a true and correct copy of the foregoing document to be served on the following parties in the manner indicated below:

| | |
|---|---|
| Patrick J. Kang, WSBA No. 30726<br>Kristina Ohlinger, WSBA No. 56411<br>Premier Law Group, PLLC<br>1408 140th Place NE<br>Bellevue, WA  98007<br>(206) 285-1743<br>patrick@premierlawgroup.com<br>kristina@premierlawgroup.com<br>*Attorneys for Plaintiff* | ☒ Via ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via electronic mail |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED:  July 1, 2020, at Seattle, Washington.

*s/ Christy A. Nelson*
Christy A. Nelson

NOTICE OF REMOVAL - 5

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900