Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD MOONEY, <br><br> Plaintiff, <br><br> vs. <br><br> ROLLER BEARING COMPANY OF AMERICA, INC., a Delaware corporation, <br><br> Defendant. | No. 2:20-cv-01030-MJP <br><br> DECLARATION OF PATRICK J. KANG IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND/OR ORDER QUASHING DEFENDANT'S PROPOSED NON-PARTY SUBPOENA <br><br> Note on Motion Calendar: <br> Friday, October 15, 2021 |

Patrick J. Kang declares under penalty of perjury under the laws of the State of Washington as follows:

**1.** I am the attorney of record for Plaintiff herein. I am competent to testify and make the following statements based on my own personal knowledge and review of the files and records herein.

**2.** Attached hereto as Exhibit 1 are true and correct copies of four Notices of Intent to Serve Subpoenas to Richard Mooney's past four employers, dating back all the way to 1999.

**3.** Attached hereto as Exhibit 2 is a true and correct copy of my letter to Tori Ainsworth in response to the four notices of intent, dated 09/22/21.

DECLARATION OF PATRICK J. KANG IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND/OR ORDER QUASHING DEFENDANT'S PROPOSED NON-PARTY SUBPOENA
(No. 2:20-cv-01030-MJP) - 1

**Premier Law Group pllc**
1408 140th Place NE
Bellevue, Washington 98007
(206) 285-1743 / Fax: (206) 599-6316

**4.** Attached hereto as Exhibit 3 are true and correct copies of the emails between me and Tori Ainsworth, dated 09/28/21, related to our meet and confer on the subpoena issues.

**5.** I certify that on September 28, 2021, defense counsel (Blake Marks-Dias and Tori Ainsworth) and I conducted a telephone conference in good faith to resolve the issues surrounding Defendant's proposed subpoenas. We were able to resolve some of the issues, but were not able to resolve the issues raised in this motion.

DATED this 7th day of October, 2021 in Bellevue, Washington.

                PREMIER LAW GROUP, PLLC

                */s/Patrick J. Kang*
                **Patrick J. Kang,** WSBA #30726
                Attorney for Plaintiff
                1408 140th PL NE
                Bellevue, WA 98007
                Tel. (206) 285-1743
                Fac. (206) 599-6316
                patrick@premierlawgroup.com

DECLARATION OF PATRICK J. KANG IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND/OR ORDER QUASHING DEFENDANT'S PROPOSED NON-PARTY SUBPOENA
(No. 2:20-cv-01030-MJP) - 2

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, Washington 98007
(206) 285-1743 / Fax: (206) 599-6316