Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD MOONEY, | ) |
| Plaintiff, | ) No. 2:20-cv-01030-MJP ) |
| vs. | ) DECLARATION OF RICHARD MOONEY ) IN SUPPORT PLAINTIFF'S MOTION FOR ) PROTECTIVE ORDER AND/OR ORDER |
| ROLLER BEARING COMPANY OF AMERICA, INC., a Delaware corporation, | ) QUASHING DEFENDANT'S PROPOSED ) NON-PARTY SUBPOENA ) |
| Defendant. | ) Note on Motion Calendar: ) Friday, October 15, 2021 |

Richard Mooney declares, under penalty of perjury under the laws of the State of Washington, that the following statements are true and correct:

1. Before I began working for RBC, I worked for Renold, Inc. as a regional sales manager. I worked for Renold from December 2006 until March 2018 when I resigned to join RBC.

2. Before Renold, my prior employment history was as follows:

- Rexnord Industries (account executive) from July 2004 – November 2006
- Garlock Sealing Technologies (area manager) from 2001 – July 2004
- A.W. Chesterton Co. (outside sales) 1999 - 2001

DECLARATION OF RICHARD MOONEY IN SUPPORT PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND/OR ORDER QUASHING DEFENDANT'S PROPOSED NON-PARTY SUBPOENA
(No. 2:20-cv-01030-MJP) - 1

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

3. In early 2018, I was recruited by RBC to join RBC's sales engineer team. During my interview, I was told that my sales territory would be the Pacific Northwest.

4. For the first six months after I joined RBC, my sales territory was the Pacific Northwest.

5. Then, in or around October 2018, I was told that, in addition to the territory I was covering, that I needed to provide temporary sales coverage for the Western Canadian territory.

6. This supposed temporary coverage became a permanent coverage.

7. Because I was covering two territories on my own, when previously they were covered by more than one salesperson, my workload doubled.

8. I started falling behind on my weekly reports and I began having health issues. I had trouble sleeping, started worrying, and got depressed.

9. On January 10, 2020, I was seen by my physician for severe depression.

10. On or about January 11, 2020, I went on medical leave under the state and federal family medical leave laws.

11. My physician estimated that I could return to work on March 23, 2020.

12. On March 18, 2020, I advised RBC that I was scheduled to return to work on March 23rd and wanted clarification on what he needed to do to return.

13. Attached hereto as Exhibit 1 is a true and correct copy of the email I sent to RBC related to my return to work.

14. RBC informed me for the first time that I could not return to work until I presented a doctor's note releasing me to return to work.

15. As a result, my ability to return to work was delayed until April 6, 2020.

DECLARATION OF RICHARD MOONEY IN SUPPORT PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND/OR ORDER QUASHING DEFENDANT'S PROPOSED NON-PARTY SUBPOENA
(No. 2:20-cv-01030-MJP) - 2

Premier Law Group PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

16. When I returned to work on April 6th, RBC informed me that I was being terminated due to a reduction in force.

17. Through the course of discovery, I produced all documents in my possession that I thought were relevant to my legal claims, including my performance and email communications.

18. I also provided discovery responses surrounding my past employment history, including the fact that I was never terminated in the past and that I left my past employers on good terms.

19. I also signed a medical stipulation authorizing RBC to access my medical records from my health care provider.

20. To date, RBC has not taken my deposition.

DATED this __7__ of October 2021 in __RENTON__, Washington.

_/s/ Richard Mooney_
**Richard Mooney**

DECLARATION OF RICHARD MOONEY IN SUPPORT PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND/OR ORDER QUASHING DEFENDANT'S PROPOSED NON-PARTY SUBPOENA
(No. 2:20-cv-01030-MJP) - 3

Premier Law Group PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316