1    HONORABLE MARSHA PECHMAN

2

3

4

5

6

7    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
8    AT SEATTLE

9    RICHARD MOONEY,                              No.  2:20-cv-1030-MJP

10                   Plaintiff,                    DECLARATION OF VICTORIA E.
                                                   AINSWORTH IN SUPPORT OF
11        v.                                       DEFENDANT'S OPPOSITION TO
                                                   PLAINTIFF'S MOTION FOR PROTECTIVE
12   ROLLER BEARING COMPANY OF                     ORDER AND/OR ORDER QUASHING
     AMERICA, INC., a Delaware corporation,        DEFENDANT'S PROPOSED NON-PARTY
13                                                 SUBPOENA
                     Defendant.
14

15

16        I, Victoria E. Ainsworth, declare as follows:

17        1.    I am an attorney at Corr Cronin LLP, attorneys of record for Defendant Roller

18   Bearing Company of America, Inc. ("RBC" or "Defendant") in the above-captioned matter.  I

19   am over eighteen years of age, competent to testify and submit this declaration based upon

20   personal knowledge in support of Defendant's Opposition to Plaintiff's Motion for Protective

21   Order and/or Order Quashing Defendant's Proposed Non-Party Subpoena ("Plaintiff's

22   Motion").

23        2.    On September 21, 2021, pursuant to Rule 45, Defendant served upon Plaintiff's

24   counsel four Notices of Intent to issue third-party subpoenas to four of Plaintiff's former

25

1

2

employers.  A copy of these Notices of Intent are attached as Exhibit 1 to the Declaration of

Patrick J. Kang in Support of Plaintiff's Motion (Dkt. 17).

3

4

5

6

7

8

3.      On September 28, 2021, counsel for both parties engaged in a discovery conference as required by Rule 26.  During this telephone conference, Defendant agreed to withdraw three of the four subpoenas, leaving only one at issue: the subpoena to Renold, Inc. The subpoena seeks the "[c]omplete employment file and all personnel records of Richard Mooney." *See* Dkt. 17.  Unfortunately, the parties were unable to reach a resolution regarding the subpoena to Renold.

9

10

11

12

4.      Attached hereto as **Exhibit A** is a true and accurate copy of a February 2019 email exchange between Plaintiff and RBC employees John Talley, Cathy DePaola, and Tony Martell, regarding and attaching Plaintiff's Performance Improvement Plan ("PIP"), as produced in the course of discovery in this matter.

13

14

15

5.      Attached hereto as **Exhibit B** is a true and accurate copy of an August 2018 email exchange between Plaintiff and his supervisor, John Talley, as produced in the course of discovery in this matter.

16

17

18

6.      Attached hereto as **Exhibit C** is a true and accurate copy of an excerpt of a June 2019 email exchange between Plaintiff and James M. Huck, RBC Bearings Industry Manager, as produced in the course of discovery in this matter.

19

20

21

22

7.      Attached hereto as **Exhibit D** is a true and accurate copy of a January 2020 email exchange between Plaintiff and RBC employees Steve Ross, John Talley, Cathy DePaola, and Tom King, regarding and attaching Plaintiff's performance evaluation, as produced in the course of discovery in this matter.

23

24

25

8.      Attached hereto as **Exhibit E** is a true and accurate copy of a January 2020 email exchange between RBC employees Steve Ross, Cathy DePaola, and Tom King regarding

DECLARATION OF VICTORIA E. AINSWORTH IN
SUPPORT OF DEFENDANT'S OPPOSITON TO PLAINTIFF'S
MOTION FOR PROTECTIVE ORDER - 2
(CASE NO. 2:20-cv-1030-MJP)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Plaintiff's 2019 performance review, as produced in the course of discovery in this matter.

9.      Attached hereto as **Exhibit F** is a true and accurate copy of an April 2, 2020 memo from Steve Ross, RBC's Director of Industrial Sales & Marketing, to Tom King, VP Administration, regarding RBC Industrial Sales' Reduction in Force, as produced in the course of discovery in this matter.

10.      Attached hereto as **Exhibit G** is a true and accurate copy of a January 12, 2020 email from Plaintiff to RBC employees John Talley and Cathy DePaola regarding his performance evaluation and medical leave, as produced in the course of discovery in this matter.

11.      Attached hereto as **Exhibit H** is a true and accurate copy of an excerpt from an April 17, 2020 letter from Plaintiff to Steve Ross, as produced in the course of discovery in this matter.

12.      Attached hereto as **Exhibit I** is a true and accurate copy of an August 29, 2020 review that Plaintiff wrote about his experience working at RBC, as produced in the course of discovery in this matter.

13.      Attached hereto as **Exhibit J** is a true and accurate copy of portions of Plaintiff's Responses to Defendant's First Requests for Admission to Plaintiff.

14.      Attached hereto as **Exhibit K** is a true and accurate copy of portions of Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff.

DATED this 13th day of October, 2021 at Seattle, Washington.


*s/ Victoria E. Ainsworth*
Victoria E. Ainsworth, WSBA No. 49677

DECLARATION OF VICTORIA E. AINSWORTH IN
SUPPORT OF DEFENDANT'S OPPOSITON TO PLAINTIFF'S
MOTION FOR PROTECTIVE ORDER - 3
(CASE NO. 2:20-cv-1030-MJP)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

3

I hereby certify that on October 13, 2021 I caused the foregoing document to be

4

electronically filed with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to all counsel of record.

5

6

DATED:  October 13, 2021, at Seattle, Washington.

7

8

<u>*s/ Christy A. Nelson*</u>
Christy A. Nelson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF VICTORIA E. AINSWORTH IN
SUPPORT OF DEFENDANT'S OPPOSITON TO PLAINTIFF'S
MOTION FOR PROTECTIVE ORDER - 4
(CASE NO. 2:20-cv-1030-MJP)