UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD MOONEY, | CASE NO. C20-cv-01030-LK |
| Plaintiff, | ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S MINIMUM WAGE CLAIM |
| v. | |
| ROLLER BEARING COMPANY OF AMERICA, INC., | |
| Defendant. | |

  This matter came before the Court on the parties' stipulation to the voluntary dismissal of Plaintiff's Minimum Wage Act (RCW 49.46 *et seq.*) claim only with prejudice and without an award fees or costs to either party for that claim. Dkt. No. 38.

  Based on the parties' stipulation, it is hereby ORDERED that Plaintiff's Minimum Wage Act (RCW 49.46 *et seq.*) claim is hereby dismissed with prejudice and without an award of fees or costs to either party for this claim.

  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S MINIMUM WAGE CLAIM - 1

Dated this 26th day of January, 2022.

*Lauren King*
Lauren King
United States District Judge