1
2
3
4
5
6
7
8
9
10
11
12
13

HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD MOONEY,

Plaintiff,

v.

ROLLER BEARING COMPANY OF
AMERICA, INC., a Delaware corporation,

Defendant.

No. 2:20-cv-1030-LK

JOINT [PROPOSED] PRETRIAL ORDER

**JURISDICTION**

The parties agree this Court has jurisdiction of this case pursuant to 28 U.S.C. § 1331
and 28 U.S.C. § 1367(a).

**CLAIMS**

Plaintiff is pursuing a disability discrimination claim under the Washington Law
Against Discrimination (RCW 49.60 et seq.), and interference claims under the state and federal
Family Medical Leave Act (RCW 50A et seq. & 29 U.S.C. § 3601 et seq.).  Mr. Mooney asserts
that Defendant Roller Bearing Company of America (hereinafter "RBC") wrongfully
terminated him in violation of Washington's Law Against Discrimination,  Washington's
Family Medical Leave Act, and the federal Family Medical Leave Act, because he extended

24
25

JOINT [PROPOSED] PRETRIAL ORDER - 1
(CASE NO. 2:20-cv-1030-LK)

his medical leave. Mr. Mooney also claims that he sustained damages as a result of his wrongful termination.

Defendant denies these claims and asserts the following affirmative defense: failure to mitigate damages.

**ADMITTED FACTS**

1.     RBC is a manufacturer and marketer of highly engineered precision bearings and products, which are integral to the manufacture and operations of most machines, aircraft, and mechanical systems.

2.     RBC is headquartered in Oxford, Connecticut.

3.     RBC hired Richard Mooney as an outside salesperson (a "sales engineer") for RBC's Industrial Sales division on March 19, 2018.

4.     One of the expectations of an RBC sales engineer is writing reports of call (ROCs) covering the high points of impactful sales.

5.     ROCs informed RBC's managers and product managers of activity in the field.

6.     On the date Mr. Mooney was hired, he was 66 years old. He had over 40 years of experience in the sales industry, with nearly 20 of those years exclusively in outside sales.

7.     His salary with RBC was $100,000 or $8,333.34 per month.

8.     In addition to his annual salary, Mr. Mooney was also eligible for a discretionary bonus of up to 15 percent of his base salary which, if he qualified, was to be paid approximately six months following the completion of the company's fiscal year, which went from April 1 through March 31.

9.     Mr. Mooney's sales territory with RBC when he was hired was Washington, Oregon, and Idaho (Pacific Northwest).

10.    Approximately seven months later, Mr. Mooney's sales territory was expanded

JOINT [PROPOSED] PRETRIAL ORDER - 2
(CASE NO. 2:20-cv-1030-LK)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

to include British Columbia and Alberta, Canada.

11.     A few months after Mr. Mooney joined RBC, his direct supervisor, John Talley, started emailing him to remind him that he needed to write more ROCs to meet the company's reporting expectations.

12.     Mr. Mooney's failure to write ROC reports as expected led him to being placed on a Performance Improvement Plan on February 8, 2019.

13.     The PIP was in effect for sixty business days (February 8, 2019, through May 3, 2019).

14.     On October 16, 2019, RBC gave Mr. Mooney a discretionary bonus of $4,000.

15.     Mr. Mooney and Mr. Talley executed the approved FY2019 evaluation on January 6, 2020.

16.     On January 10, 2020, Mr. Talley advised Mr. Mooney he would not receive a merit-based increase.

17.     On that same date (January 10, 2020), Mr. Mooney saw his physician and was diagnosed with "depressive illness."

18.     Mr. Mooney gave RBC a letter from his physician regarding the depressive illness and RBC sent Mr. Mooney an FMLA certification paperwork to be completed.

19.     Mr. Mooney and his physician completed the FMLA paperwork on or about January 16, 2020 and returned it to RBC.

20.     The completed FMLA paperwork indicated that Mr. Mooney would be incapacitated from January 10, 2020 to February 15, 2020.

21.     Cathy DePaola, RBC's HR Manager, reviewed the completed paperwork on January 16, 2020, and approved Mr. Mooney's leave as FMLA qualifying.

22.     During Mr. Mooney's FMLA leave, Mr. Talley covered Mr. Mooney's Pacific

JOINT [PROPOSED] PRETRIAL ORDER - 3
(CASE NO. 2:20-cv-1030-LK)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Northwest territory (Washington, Oregon and Idaho).

23.     On February 13, 2020, Mr. Mooney had a follow-up visit with his physician.

24.     His physician recommended that Mr. Mooney take another month off from work because he was still suffering from depression.

25.     His physician completed a second FMLA certification on February 18, 2020, which indicated that Mr. Mooney would be incapacitated from February 15, 2020 to March 23, 2020.

26.     On February 19, 2020, RBC received this second FMLA certification and approved Mr. Mooney's FMLA leave, extending it to March 23, 2020.

27.     On March 18, 2020, Mr. Mooney emailed Ms. DePaola and Mr. Talley to let them know that he was scheduled to return to work on March 23, 2020, and wanted to know if there were any operating protocols that he needed to be aware of related to the COVID-19 pandemic before he could return to work.

28.     On March 20, 2020, Ms. DePaola responded to Mr. Mooney by telling him that he needed to submit a doctor's release to return to work.

29.     On April 1, 2020, Mr. Mooney sent an email to his regional manager and Ms. DePaola to let them know that he still had not heard from his doctor regarding the release.

30.     On April 3, 2020, Mr. Mooney received the correct release to return to work, which he then sent to RBC.

31.     Ms. DePaola responded on April 6, 2020 and told Mr. Mooney that his "return to work is 4/6/2020".

32.     Mr. Mooney was feeling better and was ready to return to work.

33.     Mr. Mooney's physician determined that Mr. Mooney could perform the essential functions of his job when he was ready to return to work on April 6, 2020.

JOINT [PROPOSED] PRETRIAL ORDER - 4
(CASE NO. 2:20-cv-1030-LK)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

34.     On April 6, 2020, RBC notified Mr. Mooney that he was being laid off because of the companywide RIF due to COVID-19 and the anticipated downturn in business.

35.     On June 3, 2020, Mr. Mooney filed his lawsuit against RBC in King County Superior Court.

36.     RBC was served with Mr. Mooney's lawsuit papers known as summons and complaint on June 8, 2020.

### ISSUES OF LAW

Depending on the jury's verdict, the court may have to decide whether Mr. Mooney is entitled to liquidated damages under the state and federal FMLA.

### EXPERT WITNESSES

(1) On behalf of defendant:

Anita Willemse, MPAcc, CPA/ABV, CFE
1144 Federal Ave. East
Seattle, WA 98102
(206) 860-9672.

Ms. Willemse is a forensic accountant and business valuation expert and is expected to testify regarding the opinions contained in her expert report.

William B. Skilling, M.A., C.R.C., C.D.M.S., C.L.C.P.
4616 25th Avenue Northest
PMB 249
Seattle, WA  98105
(206) 227-9675.

Mr. Skilling is a vocational rehabilitation expert and is expected to testify regarding the opinions contained in his expert report.

### OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time

JOINT [PROPOSED] PRETRIAL ORDER - 5
(CASE NO. 2:20-cv-1030-LK)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

of trial and the general nature of the testimony of each are:

(a)     On behalf of plaintiff:

Richard Mooney
c/o Premier Law Group
1408 140th PL NE
Bellevue, WA 98007
(206) 285-1743

Mr. Mooney will testify about all facts related to the issues in this case, including his

damages.

Susan Mooney
c/o Premier Law Group
1408 140th PL NE
Bellevue, WA 98007
(206) 285-1743

Ms. Mooney will testify about all relevant facts based on her personal knowledge

related to her husband's damages.

Cathy DePaola
c/o Corr Cronin
1001 Fourth Ave., STE 4300
Seattle, WA 98154
(206) 625-8600

Ms. DePaola may testify depending on the testimony of the other witnesses. If called

to testify, she would testify about all relevant facts based on her personal knowledge related to

the issues in this case.

John Talley
c/o Corr Cronin
1001 Fourth Ave., STE 4300
Seattle, WA 98154
(206) 625-8600

JOINT [PROPOSED] PRETRIAL ORDER - 6
(CASE NO. 2:20-cv-1030-LK)

1

2

Mr. Talley will testify about all relevant facts based on his personal knowledge related to the issues in this case.

3

4

Steve Ross
c/o Corr Cronin

5

1001 Fourth Ave., STE 4300
Seattle, WA 98154
(206) 625-8600

6

7

Mr. Ross will testify about all relevant facts based on his personal knowledge related to the issues in this case.

8

9

Chris Curran
c/o Corr Cronin
1001 Fourth Ave., STE 4300
Seattle, WA 98154
(206) 625-8600

10

11

12

13

Mr. Curran may testify depending on the testimony of the other witnesses. If called to testify, he would testify about all relevant facts based on his personal knowledge related to the issues in this case.

14

15

Peter Lensing
c/o Corr Cronin
1001 Fourth Ave., STE 4300
Seattle, WA 98154
(206) 625-8600

16

17

18

19

Mr. Lensing may testify depending on the testimony of the other witnesses. If called to testify, he would testify about all relevant facts based on his personal knowledge related to the issues in this case.

20

21

22

23

24

(b)    On behalf of defendant:

25

JOINT [PROPOSED] PRETRIAL ORDER - 7
(CASE NO. 2:20-cv-1030-LK)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

Cathy DePaola
c/o Corr Cronin

2
3

1001 Fourth Ave., STE 4300
Seattle, WA 98154
(206) 625-8600

4

Ms. DePaola will testify about all relevant facts based on her personal knowledge related to

5

the issues in this case.

6

7

Robin Coleman
c/o Corr Cronin
1001 Fourth Ave., STE 4300

8

Seattle, WA 98154

9

(206) 625-8600

10

Ms. Coleman may testify about all relevant facts based on her personal knowledge related to

11

the issues in this case.

12

John Talley
c/o Corr Cronin

13

1001 Fourth Ave., STE 4300
Seattle, WA 98154

14

(206) 625-8600

15

Mr. Talley will testify about all relevant facts based on his personal knowledge related to the

16

issues in this case.

17

18

Steve Ross
c/o Corr Cronin
1001 Fourth Ave., STE 4300

19

Seattle, WA 98154
(206) 625-8600

20

21

Mr. Ross will testify about all relevant facts based on his personal knowledge related to the

22

issues in this case.

23

Chris Curran
c/o Corr Cronin

24

1001 Fourth Ave., STE 4300
Seattle, WA 98154

25

JOINT [PROPOSED] PRETRIAL ORDER - 8
(CASE NO. 2:20-cv-1030-LK)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1        (206) 625-8600

2

3    Mr. Curran may testify about all relevant facts based on his personal knowledge related to the

     issues in this case.

4
            Peter Lensing
5           c/o Corr Cronin
6           1001 Fourth Ave., STE 4300
            Seattle, WA 98154
7           (206) 625-8600

8
     Mr. Lensing may testify about all relevant facts based on his personal knowledge related to
9
     the issues in this case.
10
            Records Custodian
11          c/o Corr Cronin
12          1001 Fourth Ave., STE 4300
            Seattle, WA 98154
13          (206) 625-8600

14   If necessary, a records custodian will testify about the authenticity of any RBC documents

15   RBC intends to introduce over Plaintiff's objection.

16          Plaintiff may call some or all of these RBC employee witnesses during his case in chief.

17   If so, RBC has agreed to make them available (via zoom or live, at its discretion) and to

18   coordinate on scheduling. The parties have further agreed, for the sake of witness convenience

19   and judicial economy, that the defendant may conduct its direct examination of these witnesses

20   at the time they are called by plaintiff.

21

22

23

24

25
     JOINT [PROPOSED] PRETRIAL ORDER - 9
     (CASE NO. 2:20-cv-1030-LK)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBITS**

**(1)**    **Plaintiff's Proposed Exhibits**

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | Mooney's Employment Offer Letter, dated 3/1/18 (Bates RBC 000062 – 63) | | | | XX |
| 2 | Email from R. Mooney to J. Talley dated 5/11/18 re Bourne ROC (RBC 000537 – 539) | | | | XX |
| 3 | Email from R. Mooney to J. Talley dated 6/1/18 re ROC (RBC 000859) | | | | XX |
| 4 | Email from J. Talley to R. Mooney dated 11/13/18 (RBC 000875) | | | | XX |
| 5 | Email from Ashlee Chlasta to DSM dated 1/30/19 re ROC due dates (RBC 000845-0846) | | | | XX |
| 6 | Email from Ashlee Chlasta to Talley re Salesman PE - Q3, dated 2/8/19 (RBC 0001038) | | | | XX |
| 7 | Salesman Mooney PE - Q3, dated 2/1/19 (RBC 0001039) – 3 pages | | | | XX |
| 8 | Email from J. Talley to R. Mooney re PIP 2/12/19 (RBC 000265-266) | | | | XX |
| 9 | Performance Improvement Plan, dated 2/14/19 | | | | XX |

JOINT [PROPOSED] PRETRIAL ORDER - 10
(CASE NO. 2:20-cv-1030-LK)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | | | | | |
|---|---|---|---|---|---|
| | (Bates RBC 000282) | | | | |
| 10 | Email, dated 7/15/19, from Talley to Mooney (Bates RBC 000713 – 716) | | | | XX |
| 11 | Email, dated 7/22/19, from Talley to Mooney (Bates RBC 000722 – 726) | | | | XX |
| 12 | Email, dated 7/22/19, from Mooney to Talley (Bates RBC 000727 – 731) | | | | XX |
| 13 | Email, dated 9/3/19, b/w Mooney & Talley (Bates RBC 000855 - 856) | | | | XX |
| 14 | Email, dated 9/24/19, from Talley to Mooney (Bates RBC 000732 - 737) | | | | XX |
| 15 | Email, dated 9/24/19, from Mooney to Talley (Bates RBC 000738 - 739) | | | | XX |
| 16 | Email, dated 9/24/19, from Talley to Mooney (Bates RBC 000740 - 742) | | | | XX |
| 17 | John Talley's Sales Call & ROC Summary - West Region President's Call Sales Meeting 9/26/19 (RBC 001060) | | | | XX |
| 18 | Matt Michels' Sales Calls & ROC Summary - West Region President's Call | | | | XX |

JOINT [~~PROPOSED~~] PRETRIAL ORDER - 11
(CASE NO. 2:20-cv-1030-LK)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | | | | | |
|---|---|---|---|---|---|
| | | Sales Meeting 9/26/19 (RBC 001069) | | | |
| | 19 | Richard Mooney's Sales Call & ROC Summary - West Region President's Call Sales Meeting 9/26/19 (RBC 001087) | | | XX |
| | 20 | Dave Cox Sales Calls & ROC Summary (Exh. A - Ross Decl.) | | | XX |
| | 21 | Ross's email, dated 9/30/19, to Mooney & Talley (Bates RBC 000403 - 408) | | | XX |
| | 22 | RBC PAF, dated 10/16/19 (Bates RBC 000082) | | | XX |
| | 23 | Email from S. Ross to R. Mooney re ROC's dated 10/29/2019 (RBC 00409) | | | XX |
| | 24 | Email, dated 12/13/19, from Mooney to Talley (Bates RBC 000768 – 774). Form | | | XX |
| | 25 | RBC North American Industrial Sales Performance Evaluation, dated 1/6/20 (Bates RBC 000293 – 298) | | | XX |
| | 26 | Email, dated 1/9/20 from Steve Ross (Bates RBC 000308 - 310) | | | XX |

JOINT [~~PROPOSED~~] PRETRIAL ORDER - 12
(CASE NO. 2:20-cv-1030-LK)

| 27 | Email, dated 1/11/20, from Mooney to J Talley (Bates RBC 000311 - 314) | | | | XX |
|---|---|---|---|---|---|
| 28 | Email, dated 1/13/20, from S. Ross (Bates RBC 000321 – 323) | | | | XX |
| 29 | Talley's email, dated 1/13/20, to Steve (Bates RBC 000417 – 420) | | | | XX |
| 30 | Talley's email, dated 1/14/20, and timeline (Bates RBC 000329-330) | | | | XX |
| 31 | Email, dated 1/16/20 from Mooney to Cathy & Robin (Bates RBC 000433 – 437) | | | | XX |
| 32 | Mooney email, dated 2/7/20 to Cathy & John (Bates RBC 000331-332) | | | | XX |
| 33 | Email, dated 2/19/20 from Mooney to Cathy & Robin (Bates RBC 000353 – 358) | | | | XX |
| 34 | Steve Ross's Interoffice Personnel Announcement, dated 3/2/20 (Bates RBC 001009) | | | | XX |
| 35 | Email, dated 3/12/20, from Curran to Ross (Bates RBC 000512 -513) | | | | XX |
| 36 | Email from J. Gajewski to S. Ross re sales summary, dated 3/17/20 (RBC 001182) | | | | XX |

JOINT [~~PROPOSED~~] PRETRIAL ORDER - 13
(CASE NO. 2:20-cv-1030-LK)

| | | | | | |
|---|---|---|---|---|---|
| 37 | North American Industrial Field Sales – Summary Report, dated 3/17/20 (RBC 001104 – 1107) | | | | XX |
| 38 | Salesman Summary – 2020 vs 2019, dated 3/17/20 (RBC 001210 – 1235) | | XX | ER 402, 403 | |
| 39 | Email, dated 3/18/20 from Talley to Ross (Bates RBC 000379 – 380) | | | | XX |
| 40 | Email, dated 3/18/20 from DePaola to Ross (Bates RBC 000470) | | | | XX |
| 41 | Email, dated 3/19/20 from Talley to Mooney (Bates RBC 000381) | | | | XX |
| 42 | Email, dated 3/20/20 from Cathy to Mooney (Bates RBC 000385 – 387) | | | | XX |
| 43 | Email, dated 3/20/20 b/w Cathy & Mooney (Bates RBC 000388 – 390) | | | | XX |
| 44 | Mooney email to Dr. Gan, dated 4/1/20 & email to Cathy & John (Bates RBC 000397 – 398) | | | | XX |
| 45 | Memo re: RBC Industrial Sales Reduction in Force, dated 4/2/20 (Bates RBC 000127) | | | | XX |

JOINT [~~PROPOSED~~] PRETRIAL ORDER - 14
(CASE NO. 2:20-cv-1030-LK)

| 46 | Email, dated 4/3/20 from Mooney (Bates RBC 000131 - 000132) | | | | XX |
| 47 | Email, dated 4/6/20 b/w Talley & Steve (Bates RBC 000492 – 493) – redacted (MIL) | | | | XX |
| 48 | Mooney Letter to Ross, dated 4/17/20 (Mooney 00097 – 100) – redacted | | XX | ER 402, 403, 801 | |
| 49 | RIF Criteria Notification Document (Bates RBC 000216 - 218) | | XX | ER 402, 403 | |
| 50 | Other Sales Engineers Pay (Bates RBC 000193-195) | | XX | ER 403 | |
| 51 | Spreadsheet re jobs applied for | XX | | ER 901 | |
| 52 | 986 pages of emails re job applied for | XX | | ER 901 | |
| 53 | Map of North America | | | | XX |
| 54 | Stipulated Facts from Proposed Pretrial Order | | | | XX |

**(2)    Defendant's Proposed Exhibits**

| Exh. No. | Description of Exhibit | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 501 | Verbal Warning to Richard Mooney from Keith Sowers dated 12/21/2017 (Renold 000015) | XX | XX | Rule 402, 403, 801, 901 | |
| 502 | Richard Mooney Application letter to RBC Bearings w/ Resume dated 2/19/2018 (RBC 000029-0031) | | XX | Rule 402, 403 | |

JOINT [PROPOSED] PRETRIAL ORDER - 15
(CASE NO. 2:20-cv-1030-LK)

| Exh. No. | Description of Exhibit | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 503 | Richard Mooney Application for Employment dated 2/19/2018 (RBC 000018-0028) | | XX | Rule 402, 403 | |
| 504 | Acknowledgment of Receipt Equal Employment Opportunity Policy / Non-Discrimination Procedure signed 3/5/2018 (RBC 000046) | | XX | Rule 402, 403 | |
| 505 | Email from J. Talley to R. Mooney forwarding ROC training materials dated 5/11/18 (RBC 000815-0816) | | | | XX |
| 506 | RBC Bearings ROC Writing Template Use dated 5/1/18 (RBC 000817-838) | | | | XX |
| 507 | RBC Bearing Report of Call Form – blank (000839-0840) | | | | XX |
| 508 | RBC Bearing Report of Call Form – example (RBC 000843-0844) | | XX | Rule 402, 403 | |
| 509 | Email from R. Mooney to J. Talley re FY19 Performance Evaluation attaching Performance Evaluation dated 6/5/2018 (RBC 000401-0402) | | | | XX |
| 510 | Email form J. Talley to R. Mooney re ROC dated 6/12/18 (RBC 000553-0555) | | | | XX |
| 511 | Email from J. Talley to R. Mooney re ROC reports dated 7/2/2018 (RBC 000864) | | | | XX |
| 512 | Email from J. Talley to R. Mooney re Ship RPT Richard Mooney dated 8/27/2018 (RBC 000865-0866) | | | | XX |
| 513 | Email from Talley to Mooney reship Rpt: Richard Mooney dated 8/27/2018 (RBC 000867-0868) | | | | XX |
| 514 | Email from J. Talley to R. Mooney re Ship RPT Richard Mooney dated 8/27/2018 (RBC 000869-0870) | | | | XX |
| 515 | Email form J. Talley to R. Mooney, M. Michels re | | | | XX |

JOINT [PROPOSED] PRETRIAL ORDER - 16
(CASE NO. 2:20-cv-1030-LK)

| Exh. No. | Description of Exhibit | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | Example of "short" ROC dated 10/11/2018 (RBC 000841-0842) | | | | |
| 516 | Email from J. Talley to R. Mooney attaching Mooney PE Q2 Evaluation dated 12/3/2018 (RBC 000879-880) | | XX | Rule 402, 403, 901 | |
| 517 | Email from J. Talley to R. Mooney re DSE Report – ROC Count dated 12/12/2018 (RBC 000881) | | | | XX |
| 518 | Email between J. Tally and T. Martell re West Region DST Total Update dated 1/24/2019 (RBC 001026-1027) | | | | XX |
| 519 | Email between J. Tally and T. Martell re West Region DST Total Update dated 1/24/2019 (RBC 001028-1029) | | | | XX |
| 520 | Email from J.Talley to T. Martell re Richard Mooney (RBC 001033) | | | | XX |
| 521 | Email from R. Mooney to J. Talley re Mooney PIP 2019 dated 2/12/2019 (RBC 000709-0710) | | | | XX |
| 522 | Talley Evaluation December 2018 signed 2/15/2019 (ROC001043-1044) | | | | XX |
| 523 | Email from R. Mooney to C. DePaola re Mooney PIP 2019 dated 2/18/2019 (RBC 000279-0280) | | | | XX |
| 524 | Email from J. Talley to R. Mooney re RBC Applied Pasco Rebate dated 3/8/2019 (RBC 000559-0569) | | | | XX |
| 525 | Email from J. Amend re ROC Distribution list dated 4/19/2019 (RBC 000935-0936) | | | | XX |
| 526 | Email from J. Gajewski to R. Mooney re ROC Incomplete dated 5/10/2019 (RBC 000851-0852 | | | | XX |
| 527 | Emails between J. Huck and R. Mooney re $50,000 Opportunity dated 6/21/2019 | | | | XX |

JOINT [PROPOSED] PRETRIAL ORDER - 17
(CASE NO. 2:20-cv-1030-LK)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| Exh. No. | Description of Exhibit | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | (RBC 000895-901) | | | | |
| 528 | Email from R. Mooney to J. Talley re Richard Mooney-PE FY 19 attaching re Richard Mooney- Performance Evaluation 7/18/19 (RBC 000717-0718) | | | | XX |
| 529 | Email from J. Talley to T. Benigni, M. Michels, R. Mooney, V. Deveze re Salesforce Updates dated 8/9/2019 (RBC 000939) | | | | XX |
| 530 | Email from R. Mooney re Tales from the Crypt dated 9/11/2019 RBC 000548-0549) | | | | XX |
| 531 | Email from R. Mooney to J. Talley re SalesfArce.com dated 9/13/2019 (RBC 000940) | | | | XX |
| 532 | Email from R. Mooney to J. Talley re Presidents Report dated 9/18/2019 (RBC 000953) | | | | XX |
| 533 | RBC Bearings West Region President's Call Sales Meeting Sept 26, 2019 - Mooney (RBC 000954-0963) | | XX | Rule 402, 403 | |
| 534 | Email from R. Mooney to J. Talley re Presidents Report dated 9/19/2019 (RBC 000964-965) | | | | XX |
| 535 | Email from S. Ross to J. Talley, T. Benigni, M. Michels, V. Deveze, R. Mooney re West President's Call Presentation – Final – Sept 26 dated 9/23/2019 (RBC 001051) | | | | XX |
| 536 | Email from S. Ross to J. Talley, T. Benigni, M. Michels, V. Deveze, R. Mooney re West Region President's Call dated 9/26/2019 (RBC 000410) | | | | XX |

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| Exh. No. | Description of Exhibit | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 537 | Emails between S. Ross, R. Mooney, J. Talley re Mooney Performance dated 11/8/2019 (RBC 000749-754) | | | | XX |
| 538 | Email from R. Mooney to J. Talley re Mooney Performance Review dated 12/11/2019 (RBC 000755-761) | | | | XX |
| 539 | Email from S. Ross to J. Talley re Mooney Review dated 1/6/2020 (RBC 000283-0290) | | | | XX |
| 540 | Richard Mooney Performance Evaluation – signed 1/6/2020 (RBC 000302-0307) | | | | XX |
| 541 | Emails between J. Talley to S. Ross re Performance evaluation dated 1/13/2020 (RBC 000417-419) | | | | XX |
| 542 | Talley / Mooney Performance evaluation discussion 1-10-2020 (RBC 00420) | | | | XX |
| 543 | CDC Museum COVID-19 Timeline Late 2019 thru 11/29/2021 | | | | XX |
| 544 | RBC Bearings HR Termination RIF Lay off Check List dated 4/6/2020 (RBC 000133-0134) | | XX | Rule 402, 403 | |
| 545 | RBC Bearings HR Termination RIF Benefits Summary dated 4/6/2020 (RBC 000135-0136) | | | | XX |
| 546 | Emails between R. Mooney, C. DePaola, J. Talley, R. Coleman re Release Letter dated 4/6/2020 (RBC 000455-0456) | | | | XX |
| 547 | 10/20/2020 Organization Announcement – Peter F. Lensing (Ex. 80 to Lensing Dep; LENSING 000001-0003. | | | | XX |
| 548 | Current Richard Mooney Resume (Mooney000073-0074) | | XX | Rule 402, 403, 801 | |
| 549 | Defendant's First Requests for Admission to Plaintiff and | | XX | Rule 402, 403 | |

JOINT [~~PROPOSED~~] PRETRIAL ORDER - 19
(CASE NO. 2:20-cv-1030-LK)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| Exh. No. | Description of Exhibit | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | Plantiff's Responses Thereto dated 2/25/2021 | | | | |
| 550 | Defendant Roller Bearing Company of America, Inc.'s First Set of Interrogatories and Requests for Production of documents to Plaintiff Richard Mooney and Plaintiff's Answers Thereto dated 3/9/2021 | | XX | Rule 402, 403 | |
| 551 | Report of Anita Willemse dated 10/18/2021 | | XX | Rule 402, 403, 801 | |
| 552 | Anita Willemse CV | | XX | Rule 402, 403, 801 | |
| 553 | Report of William Skilling dated 10/18/2021 | | XX | Rule 402, 403, 801 | |
| 554 | William Skilling CV | | XX | Rule 402, 403, 801 | |

DATED this 17th day of May, 2022.

PREMIER LAW GROUP, PLLC


/s/ Patrick J. Kang
**Patrick J. Kang,** WSBA #30726
Of Counsel for Plaintiff
1408 140th PL NE
Bellevue, WA 98007
(206) 285-1743
patrick@premierlawgroup.com


-   And –

JOINT [PROPOSED] PRETRIAL ORDER - 20
(CASE NO. 2:20-cv-1030-LK)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

CORR CRONIN LLP

2

*/s/ Taryn Basauri*
3      Blake Marks-Dias, WSBA No. 28169
        Taryn Basauri, WSBA No. 51637
4      1001 Fourth Avenue, Suite 3900
        Seattle, Washington  98154
5      (206) 625-8600 Phone
        (206) 625-0900 Fax
6      bmarksdias@corrcronin.com
        tbasauri@corrcronin.com
7      *Attorneys for Defendant Roller Bearing*
        *Company of America, Inc.*

8

9

10

---

### ACTION BY THE COURT

This case is scheduled for trial before a jury on May 23, 2022, at 9:00 a.m.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order.

This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 18th day of May, 2022.

United States District Judge

---

JOINT [PROPOSED] PRETRIAL ORDER - 21
(CASE NO. 2:20-cv-1030-LK)