# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RICHARD MOONEY,<br><br>               Plaintiff,<br>v.<br><br>ROLLER BEARING COMPANY OF AMERICA, INC.,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C20-01030-LK |

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE JURY FOUND in favor of Plaintiff Richard Mooney on his claims against Defendant Roller Bearing Company of America, Inc. under the Family and Medical Leave Act and the Washington Family and Medical Leave Act and awarded $160,000 in damages. *See* Jury Verdict, Dkt. Nos. 114 (sealed), 115 (redacted).

Dated June 2, 2022.

                                                                  Ravi Subramanian
                                                                   Clerk of Court

                                                                  */s/Natalie Wood*
                                                                  Deputy Clerk