Premier Law Group, PLLC
1408 140th PL NE
Bellevue, WA  98007


Invoice submitted to:
Richard "Dick" Mooney


June 2, 2022


Invoice #10033


Professional Services

|  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|
| 4/28/2020 - PJK | Zoom conference with client re initial meeting | 1.50<br>500.00/hr |  | 750.00 |
| 5/1/2020 - PJK | Review email from client (.1); Reply Email to client (.3); | 0.40<br>500.00/hr |  | 200.00 |
| 5/5/2020 - PJK | Zoom conference with client re fee agreement questions | 0.40<br>500.00/hr |  | 200.00 |
| 5/20/2020 - PJK | Review and analyze client docs (1.3); Draft Complaint (2.8) | 4.10<br>500.00/hr |  | 2,050.00 |
| 5/21/2020 - PJK | Research WA PFMLA re changes to state FMLA, paid sick leave laws & WAC regulations re paid sick leave and PFMLA | 2.90<br>500.00/hr |  | 1,450.00 |
| 5/26/2020 - PJK | Telephone conference with client re FMLA employees requirement & settlement discussion | 0.50<br>500.00/hr |  | 250.00 |
| 6/2/2020 - PJK | Edit/Revise complaint | 0.30<br>500.00/hr |  | 150.00 |
| 6/24/2020 - PJK | Rev'w client's email; Reply email re status | 0.20<br>500.00/hr |  | 100.00 |
| 7/6/2020 - PJK | Review and analyze def's notice of removal materials | 0.60<br>500.00/hr |  | 300.00 |

Richard "Dick" Mooney                                                                                                Page     2

|              |     |                                                                                                          | Hrs/Rate        | Tax# | Amount   |
| ------------ | --- | -------------------------------------------------------------------------------------------------------- | --------------- | ---- | -------- |
| 7/7/2020  -  | PJK | Email to client re removal update                                                                        | 0.10 500.00/hr  |      | 50.00    |
| 8/3/2020  -  | PJK | Review and analyze def.'s answer                                                                         | 0.30 500.00/hr  |      | 150.00   |
| 8/4/2020  -  | PJK | Email from/to client re status update                                                                    | 0.20 500.00/hr  |      | 100.00   |
| 8/13/2020  - | PJK | Email to client re initial disclosures (.1); Email to opposing counsel re Rule 26(f) conference (.1)     | 0.20 500.00/hr  |      | 100.00   |
| 8/25/2020  - | PJK | Email to opposing counsel re FRCP 26 conf.                                                               | 0.10 500.00/hr  |      | 50.00    |
|           -  | PJK | Telephone conference re FRCP 26(f)                                                                       | 0.60 500.00/hr  |      | 300.00   |
| 8/28/2020  - | PJK | Review and analyze docs for initial dislcosure                                                           | 0.30 500.00/hr  |      | 150.00   |
| 9/12/2020  - | PJK | Edit/Revise JSR                                                                                          | 0.40 500.00/hr  |      | 200.00   |
| 10/8/2020  - | PJK | Email from/to client re status                                                                           | 0.10 500.00/hr  |      | 50.00    |
| 10/20/2020 - | PJK | Research re FMLA elements (.6); Draft First Set of RFAs (2.5)                                            | 3.10 500.00/hr  |      | 1,550.00 |
| 10/28/2020 - | PJK | Draf 1st Set of Rogs & Requests for production                                                           | 5.30 500.00/hr  |      | 2,650.00 |
| 10/29/2020 - | PJK | Continue Drafting Rogs/RFPs                                                                              | 2.90 500.00/hr  |      | 1,450.00 |
| 10/30/2020 - | PJK | Review Def's defenses & affirmative defenses (.1); Research re def's affirmative defenses and Rule 8 standard (2.4) | 2.50 500.00/hr |  | 1,250.00 |
| 11/30/2020 - | PJK | Review and analyze def's answsers to Plff's 1st Set of RFAs                                              | 0.30 500.00/hr  |      | 150.00   |
| 12/21/2020 - | PJK | Review and analyze Def. discovery documents RBC0001 - 192 (2.3); Email questions to clients re discovery docs (.3) | 2.60 500.00/hr |  | 1,300.00 |

Richard "Dick" Mooney                                                                                         Page     3

|  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|
| 1/12/2021 - PJK | Telephone conference with medical expert re medical opinions (.3); Draft letter to Dr. M re retention (.8) | 1.10 500.00/hr |  | 550.00 |
| 1/13/2021 - PJK | Draft Rule 37 conf. letter to Opposing counsel re discovery issue | 0.90 500.00/hr |  | 450.00 |
| 1/19/2021 - PJK | Telephone conference with opposing counsel re Rule 37 | 0.70 500.00/hr |  | 350.00 |
| 1/27/2021 - PJK | Review and analyze Dr. M's expert report (.3); Draft letter to Dr. M re supplementing his report (.4) | 0.70 500.00/hr |  | 350.00 |
| 2/3/2021 - PJK | Rev'ws Opposing counsel's 1/25/21 email re outstanding discovery issues; reply re same | 0.10 500.00/hr |  | 50.00 |
| - PJK | Email from client re status update; reply to client re same | 0.10 500.00/hr |  | 50.00 |
| 2/4/2021 - PJK | Draft 2nd set of RFP | 1.80 500.00/hr |  | 900.00 |
| 2/11/2021 - PJK | Review def's discovery requests in preparation for phone conf. (.3); Telephone conference with client re client questions re def's discovery requests (.6) | 0.90 500.00/hr |  | 450.00 |
| 2/25/2021 - PJK | Edit/Revise client's answers to Def's First Requests for admissions (1.6); Email client re same (.1) | 1.70 500.00/hr |  | 850.00 |
| 3/1/2021 - PJK | Email to client re discovery responses (.2); review/edit/revise responses to Def's 1st interrogs & Requests for production (.4) | 0.60 500.00/hr |  | 300.00 |
| 3/3/2021 - PJK | Continue editing/revising responses to Def's 1st interrogs & Requests for production (1.8); Discuss with client re discovery responses (.8) | 2.60 500.00/hr |  | 1,300.00 |
| 3/9/2021 - PJK | Review and analyze def's responses to 2nd Requests for production (.1); Draft letter re Rule 37 conf. (.3) | 0.40 500.00/hr |  | 200.00 |

Richard "Dick" Mooney                                                                                  Page     4

|  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|
| 3/9/2021 - PJK | Telephone conf. w/ Opposing counsel re RBC's malware attack (.4); Email to Opposing counsel re confirm discussion (.3); Email client re update (.3) | 1.00<br>500.00/hr |  | 500.00 |
| 3/11/2021 - PJK | Telephone conference with client re follow up email re malware attack | 0.80<br>500.00/hr |  | 400.00 |
| 3/12/2021 - PJK | Review and analyze def's first supp. discovery responses (.4); Draft stip to stay proceedings (.1) | 0.50<br>500.00/hr |  | 250.00 |
| 3/15/2021 - PJK | Reply Email to Opposing counsel re stipulation to stay discovery | 0.20<br>500.00/hr |  | 100.00 |
| 3/17/2021 - PJK | Rule 37 telephone conference with opposing counsel re 1st & 2nd discovery issues | 0.30<br>500.00/hr |  | 150.00 |
| - PJK | Draft 2nd set of Rog & 3rd set of Requests for production requests (.7); Email opposing counsel re confirm Rule 37 phone conference (.3) | 1.00<br>500.00/hr |  | 500.00 |
| 3/22/2021 - PJK | Email from/to client re status update | 0.10<br>500.00/hr |  | 50.00 |
| 3/25/2021 - PJK | Edit Stip to continue trial date | 0.40<br>500.00/hr |  | 200.00 |
| 3/26/2021 - PJK | Review and analyze def's 2nd supp. discovery responses (.2) | 0.20<br>500.00/hr |  | 100.00 |
| 5/4/2021 - PJK | Draft Rule 37 conf. letter re discovery deficiencies (.2) | 0.20<br>500.00/hr |  | 100.00 |
| 5/7/2021 - PJK | Email from & to opposing counsel re Rule 37 conf. | 0.10<br>500.00/hr |  | 50.00 |
| 5/11/2021 - PJK | Rule 37 telephone conference with Opposing counsel | 0.30<br>500.00/hr |  | 150.00 |
| 5/15/2021 - PJK | Email to opposing counsel re confirm Rule 37 discussion | 0.20<br>500.00/hr |  | 100.00 |

Richard "Dick" Mooney                                                                                                  Page    5

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 6/1/2021 | - | PJK | 0.40<br>500.00/hr |  | 200.00 |
|  |  | Review and analyze def's supplemental materials (RBC228-246) |  |  |  |
| 6/22/2021 | - | PJK | 0.30<br>500.00/hr |  | 150.00 |
|  |  | Email to/from opposing counsel re ESI discovery |  |  |  |
| 7/6/2021 | - | PJK | 0.20<br>500.00/hr |  | 100.00 |
|  |  | Email from/to client re status update |  |  |  |
| 8/5/2021 | - | PJK | 0.20<br>500.00/hr |  | 100.00 |
|  |  | Email to/from client re status update |  |  |  |
|  | - | PJK | 0.20<br>500.00/hr |  | 100.00 |
|  |  | Email to/from opposing counsel re discovery update request |  |  |  |
| 8/13/2021 | - | PJK | 0.10<br>500.00/hr |  | 50.00 |
|  |  | Email from opposing counsel re outstanding discovery docs. |  |  |  |
| 8/20/2021 | - | PJK | 0.10<br>500.00/hr |  | 50.00 |
|  |  | Email to opposing counsel re supplemental discovery responses |  |  |  |
| 9/21/2021 | - | PJK | 2.80<br>500.00/hr |  | 1,400.00 |
|  |  | Review and analyze discovery documents produced by Def's (RBC247 - 532) |  |  |  |
|  | - | PJK | 0.20<br>500.00/hr |  | 100.00 |
|  |  | Review and analyze def's notices of intent to subpoena employment records from client's former employers |  |  |  |
|  | - | PJK | 0.20<br>500.00/hr |  | 100.00 |
|  |  | Email to and from client re witnesses, depositions & def's notices of intent to subpoena from former employers (.2) |  |  |  |
| 9/22/2021 | - | PJK | 1.90<br>500.00/hr |  | 950.00 |
|  |  | Research re objecting/quashing/protective order re def's notice of intent to subpoena records (1.6); Draft letter to opposing counsel re objection and protective order (.3) |  |  |  |
| 9/23/2021 | - | PJK | 0.10<br>500.00/hr |  | 50.00 |
|  |  | Email to opposing counsel re depositions |  |  |  |
| 9/28/2021 | - | PJK | 1.50<br>500.00/hr |  | 750.00 |
|  |  | Preparation for Rule 26(c)(1) discovery conference (.2); Telephone conference with opposing counsel re discovery conference (.4); Email client re update and info re med providers (.4); Email to opposing counsel re confirm discovery conference issues (.5) |  |  |  |

Richard "Dick" Mooney   Page 6

| | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|
| 10/2/2021 - PJK | Research re relevancy of def's discovery of prior employment recs | 2.70<br>500.00/hr | | 1,350.00 |
| 10/5/2021 - PJK | Draft statement of facts re motion for protective order | 3.60<br>500.00/hr | | 1,800.00 |
| 10/6/2021 - PJK | Continue drafting statement of facts re motion for protective order (2.3); Draft legal arguments re motion for protective order (7.1) | 9.40<br>500.00/hr | | 4,700.00 |
| 10/7/2021 - PJK | Edit/Revise/finalize draft of motion for protective order (1.2); Draft/edit declarations and proposed orders (.6) | 1.80<br>500.00/hr | | 900.00 |
| 10/11/2021 - PJK | Review and analyze client's unemployment and SSB income per Def's request for supplemental (.3); Draft amended/supplemental discovery responses (.5) | 0.80<br>500.00/hr | | 400.00 |
| 10/12/2021 - PJK | Review client's tax returns (.2); Telephone call to client re unemployment benefits issue (.1); email to opposing counsel re privilege log (.1); Email opposing counsel re supplemental responses (.5) | 0.90<br>500.00/hr | | 450.00 |
| - PJK | Review and analyze Def's suppl. docs (RBC533-1235) (3.4); | 3.40<br>500.00/hr | | 1,700.00 |
| 10/13/2021 - PJK | Review and analyze def's redacted docs per Opposing counsel's email (.1); Email to opposing counsel re privilege log (.2) | 0.30<br>500.00/hr | | 150.00 |
| 10/14/2021 - PJK | Research cases cited by def's opposition brief (2.8); Draft reply brief (6.7); . | 9.50<br>500.00/hr | | 4,750.00 |
| 10/25/2021 - PJK | Review and analyze def's expert (Willemse) report (.9); Review and analyze def's expert (Skilling) report (.7); | 1.60<br>500.00/hr | | 800.00 |
| - PJK | Prepare atty notes re def's discovery documents in preparation for RBC witness depositions | 4.80<br>500.00/hr | | 2,400.00 |

Richard "Dick" Mooney                                                                                                Page     7

|              |          |                                                                                                                                                                            | Hrs/Rate          | Tax# | Amount   |
|--------------|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------|----------|
| 10/27/2021 - | PJK      | Continue preparing notes re def's discovery documents in preparation for RBC witness depositions                                                                           | 3.40 500.00/hr    |      | 1,700.00 |
| 10/29/2021 - | PJK      | Continue preparing notes re def's discovery documents in preparation for RBC witness depositions (1.8); Draft Rule 30(b)(6) deposition notice re matters to cover at dep (.6); Draft Rule 37 meet and confer letter re discovery issues (.9) | 3.30 500.00/hr    |      | 1,650.00 |
| 11/1/2021 -  | PJK      | Review & prepare disc. docs for client's deposition meeting                                                                                                                | 3.40 500.00/hr    |      | 1,700.00 |
| 11/2/2021 -  | PJK      | Meeting with client re Dep Preparation                                                                                                                                     | 5.70 500.00/hr    |      | 2,850.00 |
| 11/4/2021 -  | PJK      | Prepare dep questions for Robin Coleman deposition (4.6); Rule 37 conf. w/ Opposing counsel (.5); EMail to Opposing counsel re conf.discussion (.7)                        | 5.80 500.00/hr    |      | 2,900.00 |
| 11/5/2021 -  | PJK      | Continue preparing dep questions for Coleman deposition (3.3); Edit revise 4th set of Requests for production (.2); prepare dep questions for DePaola dep (.6)             | 5.10 500.00/hr    |      | 2,550.00 |
| 11/6/2021 -  | PJK      | Continue preparing dep questions re Cathy DePaola dep                                                                                                                      | 3.20 500.00/hr    |      | 1,600.00 |
| 11/7/2021 -  | PJK      | Prepare dep questions re John Talley's dep                                                                                                                                 | 5.60 500.00/hr    |      | 2,800.00 |
| 11/8/2021 -  | PJK      | Attend Deposition re Robin Coleman                                                                                                                                         | 3.40 500.00/hr    |      | 1,700.00 |
| 11/9/2021 -  | PJK      | Continue preparing dep questions re Talley dep (3.2); Prepare dep questions re Ross dep (1.3)                                                                              | 4.50 500.00/hr    |      | 2,250.00 |
| 11/10/2021 - | PJK      | Continue preparing dep questions for John Talley Dep.                                                                                                                      | 4.70 500.00/hr    |      | 2,350.00 |
| 11/11/2021 - | PJK      | Continue Preparation for Ross dep                                                                                                                                          | 4.40 500.00/hr    |      | 2,200.00 |
| 11/12/2021 - | PJK      | Attend Deposition re John Talley                                                                                                                                           | 7.70 500.00/hr    |      | 3,850.00 |

| Richard "Dick" Mooney | | | | Page | 8 |
|---|---|---|---|---|---|
| | | Hrs/Rate | Tax# | Amount | |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/2021 - | PJK | Continue preparing dep questions re Steve Ross Dep (4.8); Continue preparing dep questions re DePaola Dep (2.4); | 7.20<br>500.00/hr | 3,600.00 |
| 11/14/2021 - | PJK | Continue preparing for Steve Ross Dep/ | 3.10<br>500.00/hr | 1,550.00 |
| 11/15/2021 - | PJK | Telephone conference with client re dep preparation questions (1.3); Continue preparing for DePaola dep (4.6) | 5.90<br>500.00/hr | 2,950.00 |
| 11/16/2021 - | PJK | Attend Deposition re Steve Ross | 6.90<br>500.00/hr | 3,450.00 |
| 11/17/2021 - | PJK | Edit SDT language re Curran and Lensing SDT re documents to be produced | 0.30<br>500.00/hr | 150.00 |
| - | PJK | Meeting with client pre-dep (.8); Attend deposition of Mooney (5.3) | 6.10<br>500.00/hr | 3,050.00 |
| 11/18/2021 - | PJK | Attend Deposition re Cathy DePaola | 4.60<br>500.00/hr | 2,300.00 |
| 11/28/2021 - | PJK | Preparation for Chris Curran deposition | 3.40<br>500.00/hr | 1,700.00 |
| 11/29/2021 - | PJK | Continue preparing for Chris Curran deposition (1.2); Research re FMLA regulation violation for PSJ motion (.6) | 1.80<br>500.00/hr | 900.00 |
| 11/30/2021 - | PJK | Attend Deposition re Chris Curran | 1.50<br>500.00/hr | 750.00 |
| 12/1/2021 - | PJK | Telephone conference with Mooney re Def's 2nd discovery requests | 1.10<br>500.00/hr | 550.00 |
| 12/12/2021 - | PJK | Prepare for Peter Lensing deposition | 3.80<br>500.00/hr | 1,900.00 |
| 12/13/2021 - | PJK | Review and analyze docs from client re job applications re response to Def's 2nd set of requests (2.9); Telephone conference with client re client's materials (.5) | 3.40<br>500.00/hr | 1,700.00 |

Richard "Dick" Mooney                                                           Page   9

| Date | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 12/14/2021 | PJK | Attend Lesning deposition (1.3); Continue reviewing and analyzing client docs re job applications submitted in response to Def's 2nd set of requests (1.2) | 2.50 500.00/hr | | 1,250.00 |
| 12/15/2021 | PJK | Review and analyze client docs re job applications submitted in response to Def's 2nd set of requests (1.7); Review and edit plaintiff's responses to def's 2nd set of discovery requests (2.6) | 4.30 500.00/hr | | 2,150.00 |
| 12/20/2021 | PJK | Draft Plff's motion for partial SJ re FMLA violation (2.0); Continue research FMLA regulations re notice (.8); Review and analyze dep transcripts of witnesses re SJ motion (1.8); | 4.60 500.00/hr | | 2,300.00 |
| 12/21/2021 | PJK | Draft Plff's motion for SJ re WLAD violation argmt | 2.10 500.00/hr | | 1,050.00 |
| 12/27/2021 | PJK | Research re WLAD law for PSJ motion (2.1); Edit statement of facts re PSJ brief (.6) | 2.70 500.00/hr | | 1,350.00 |
| 12/28/2021 | PJK | Continue drafting PSJ brief re FMLA violation argmts. | 4.30 500.00/hr | | 2,150.00 |
| 12/30/2021 | PJK | Research re def's affirm. def for SJ motion. (3.8); Telephone conference with potential witness Lisa Ranaudo (.6) | 4.40 500.00/hr | | 2,200.00 |
| 1/3/2022 | PJK | Continue drafting brief re WLAD violation argmts. (2.6); Draft facts stmt. for SJ motion re affirm. defenses (2.2) | 4.80 500.00/hr | | 2,400.00 |
| 1/5/2022 | PJK | Draft SJ motion re affirm. defenses argmt (3.4); Draft declaration & proposed order (1.2) | 4.60 500.00/hr | | 2,300.00 |
| 1/6/2022 | PJK | Continue drafting statement of facts for PSJ motion re FMLA/WLAD claims. | 2.10 500.00/hr | | 1,050.00 |
| 1/10/2022 | PJK | Continue drafting statement of facts for PSJ motion re FMLA/WLAD claims. (4.9); telephone conference with client re stmt of facts (.5) | 5.40 500.00/hr | | 2,700.00 |
| 1/11/2022 | PJK | Draft declaration of Frank Marinkovich re SJ motion | 1.60 500.00/hr | | 800.00 |

Richard "Dick" Mooney                                                                                      Page      10

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/12/2022 | - | PJK | 5.80 500.00/hr |  | 2,900.00 |
|  |  | Continue drafting statement of facts for PSJ motion re FMLA/WLAD claims. |  |  |  |
|  | - | PJK | 2.80 500.00/hr |  | 1,397.64 |
|  |  | Edit/Revise PSJ motion re FMLA/WLAD claims. |  |  |  |
| 1/18/2022 | - | PJK | 0.60 500.00/hr |  | 300.00 |
|  |  | Review Email from opposing counsel re sealing document; review doc that Opposing counsel wants sealed; analyze protective order and court rules re sealing document; reply email to opposing counsel re same |  |  |  |
|  | - | PJK | 0.20 500.00/hr |  | 100.00 |
|  |  | Edit/Revise stipulation and order of dismissal re Min. Wage Act claim only |  |  |  |
| 1/21/2022 | - | PJK | 1.40 500.00/hr |  | 700.00 |
|  |  | Legal Research re meet and confer requirement re def's motion to seal (.6); Review and analyze def's motion to seal & prepare mental impression notes re same (.8) |  |  |  |
| 1/24/2022 | - | PJK | 4.20 500.00/hr |  | 2,100.00 |
|  |  | Draft response re motion to seal (2.9); Legal research re compelling reasons to seal (1.3) |  |  |  |
| 1/25/2022 | - | PJK | 4.80 500.00/hr |  | 2,400.00 |
|  |  | Review and analyze def's response to plaintiff's SJ motion re affirmative defenses & prepare mental impression notes re same (.6); Continue drafting response to def's motion to seal (4.2) |  |  |  |
| 1/26/2022 | - | PJK | 3.40 500.00/hr |  | 1,700.00 |
|  |  | Draft motion to strike portions of defendant's opposition brief re plff's SJ motion re affirmative defenses (2.7); research re motion to strike for failing to disclose in discovery (.7) |  |  |  |
|  | - | PJK | 0.50 500.00/hr |  | 250.00 |
|  |  | Edit/Revise motion to seal & draft declaration and proposed order |  |  |  |
| 1/27/2022 | - | PJK | 8.40 500.00/hr |  | 4,200.00 |
|  |  | Legal research re reply brief in support of SJ motion re affirm. def. (2.6); Draft reply brief re affirm. defense SJ motion (5.8) |  |  |  |
| 1/28/2022 | - | PJK | 2.10 500.00/hr |  | 1,050.00 |
|  |  | Edit/finalize reply brief re affirm. defense SJ motion |  |  |  |

Richard "Dick" Mooney                                                                                         Page    11

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/29/2022 - | PJK | Legal research re satisfactory performance element (1.3); Review dep transcripts and draft opposition to Def's SJ motion (2.1) | 3.40 500.00/hr |  | 1,700.00 |
| 1/30/2022 - | PJK | Continue rev'wing dep transcripts and drafting additional factual stmts. re Plff's opp. to Def's SJ motion. | 4.60 500.00/hr |  | 2,300.00 |
| 1/31/2022 - | PJK | Review and analyze def's opposition to Plff's SJ motion re WLAD & FMLA claims (.4); Research cases cited by Def in its opp. brief (1.2) | 1.60 500.00/hr |  | 800.00 |
| 2/1/2022 - | PJK | Legal research for reply brief (4.4); Draft reply brief in support of SJ motion re WLAD/FMLA claims (7.5). | 11.90 500.00/hr |  | 5,950.00 |
| 2/2/2022 - | PJK | Continue drafting reply brief in support of SJ motion re WLAD/FMLA claims | 2.80 500.00/hr |  | 1,400.00 |
| - | PJK | research re opposition to Def's SJ motion (.8); Draft 2nd motion to strike def's response to plaintiff's motion to strike (.3) | 1.10 475.00/hr |  | 522.50 |
| 2/3/2022 - | PJK | Continue legal research re opposition to Def's SJ motion (4.7); Draft opp. to def's SJ motion re legal argmts sect. (5.0 | 9.70 500.00/hr |  | 4,850.00 |
| 2/4/2022 - | PJK | Edit/Revise/finalize reply brief in support of SJ motion re WLAD/FMLA claims | 1.40 500.00/hr |  | 700.00 |
| - | PJK | Cont. drafting opp. to def's SJ motion re facts sect. & legal arguments re WLAD claim. (6.3); legal research re pretext (3.4) | 9.70 500.00/hr |  | 4,850.00 |
| 2/5/2022 - | PJK | Cont. drafting opp. to def's SJ motion re facts sect. & legal arguments re WLAD claim | 6.10 500.00/hr |  | 3,050.00 |
| 2/6/2022 - | PJK | Continue drafting opp brief re retaliation, interference claim & wpfmla | 3.60 500.00/hr |  | 1,800.00 |
| 2/7/2022 - | PJK | Edit/Revise/finalize plff's opposition to def's SJ motion. | 2.80 500.00/hr |  | 1,400.00 |

Richard "Dick" Mooney                                                                                           Page    12

|            |     |                                                                                                                                                                                                   | Hrs/Rate          | Tax# | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------|----------|
| 2/10/2022  | PJK | Draft motion for leave to amend complaint & draft amended complaint.                                                                                                                              | 2.20<br>500.00/hr |      | 1,100.00 |
| 3/2/2022   | PJK | Legal research re setoff (2.1); Draft reply in support of motion for leave to amend complaint (3.2).                                                                                              | 5.30<br>500.00/hr |      | 2,650.00 |
| 3/3/2022   | PJK | Continue drafting, edit, revise reply brief re motion to amend complaint.                                                                                                                         | 4.60<br>500.00/hr |      | 2,300.00 |
| 3/22/2022  | PJK | Discuss litigation strategy w/ D. Vaz re MIL                                                                                                                                                      | 1.10<br>500.00/hr |      | 550.00   |
| 3/30/2022  | PJK | Prepare notes and mental impressions re MIL re defense experts (1.3); Draft plff's pretrial statement (.5)                                                                                        | 1.80<br>500.00/hr |      | 900.00   |
| 3/31/2022  | PJK | Continue draft plff's pretrial statement                                                                                                                                                          | 3.70<br>500.00/hr |      | 1,850.00 |
| 4/1/2022   | PJK | Research re FRE 702 & excluding experts (3.4); Draft motion in liminie re excluding Skillings (3.1)                                                                                               | 6.50<br>500.00/hr |      | 3,250.00 |
| 4/3/2022   | PJK | Continue drafting motion in liminie re excluding Skillings (2.7); Draft motion in liminie re excluding Willemse (2.4)                                                                             | 5.10<br>500.00/hr |      | 2,550.00 |
| 4/7/2022   | PJK | Review and analyze court's order re parties' summary judgment motions and other motions (1.3); Telephone conference with client re order & trial (1.1); Continue drafting MIL (.3)                | 2.70<br>500.00/hr |      | 1,350.00 |
| -          | PJK | Edit/Revise MIL re all issues (2.9); Email Opposing counsel re MIL meet & confer (.4); Telephone conference with opposing counsel re meet & confer re MILs (.5); Research re issues raised in Def's MIL (2.1); | 5.90<br>500.00/hr |      | 2,950.00 |
| 4/10/2022  | PJK | Draft declaration of PJK & proposed order (.8); finalize MIL re all issues (1.3);                                                                                                                 | 2.10<br>500.00/hr |      | 1,050.00 |
| 4/11/2022  | PJK | Review documents to prepare Exhibit list re Pretrial Statement (2.5); Telephone conference with client re court's                                                                                 | 3.60<br>500.00/hr |      | 1,800.00 |

Richard "Dick" Mooney                                                                                    Page     13

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
|  |  | SJ order, upcoming trial, trial preparation, settlement, etc. (1.1) |  |  |  |
| 4/12/2022 - | PJK |  | 5.20 500.00/hr |  | 2,600.00 |
|  |  | Continue reviewing exhibits to be used at trial (1.6); Draft settlement offer letter (.9); continue drafting undisputed facts (2.7) |  |  |  |
| 4/14/2022 - | PJK |  | 5.40 500.00/hr |  | 2,700.00 |
|  |  | Review & compare all client's performance evals re exhibits at trial (2.5); Telephone conference with opposing counsel re settlement (.2); Draft motion for reconsideration re essential functions issue (2.5); Telephone conference with Opposing counsel Taryn Basaui re pretrial order issues (.2) |  |  |  |
| 4/16/2022 - | PJK |  | 4.20 500.00/hr |  | 2,100.00 |
|  |  | Continue Drafting Motion for reconsideration re essential functions element |  |  |  |
| 4/18/2022 - | PJK |  | 3.50 500.00/hr |  | 1,750.00 |
|  |  | Draft opposition to def's MIL (2.6); Telephone conference with client re trial preparation (.9) |  |  |  |
| - | PJK |  | 6.80 500.00/hr |  | 3,400.00 |
|  |  | Cont. drafting opposition to def's MIL (3.4); Legal research cases re MIL issues (2.5); Telephone conference with client re trial preparation (.9) |  |  |  |
| 4/19/2022 - | PJK |  | 1.80 500.00/hr |  | 900.00 |
|  |  | Continue Drafting response to Def's MIL. |  |  |  |
| 4/20/2022 - | PJK |  | 2.90 500.00/hr |  | 1,450.00 |
|  |  | Email to opposing counsel re def's objection to subpoena (.2); Email to/from with opposing counsel re amending plff's pretrial stmt re additional witnesses & exhibits (.3); Legal research re proving retention but for discrimination (1.8); draft proposed order denying def's MIL (.6) |  |  |  |
| 4/21/2022 - | PJK |  | 5.10 500.00/hr |  | 2,550.00 |
|  |  | Meeting with client & Sue re trial and discovering their story (3.6); travel to/from client's house (1.5) |  |  |  |
| 4/22/2022 - | PJK |  | 6.70 500.00/hr |  | 3,350.00 |
|  |  | Draft jury instructions (2.7); focus group meeting re presentation of client's story (4.0) |  |  |  |
| 4/23/2022 - | PJK |  | 5.60 500.00/hr |  | 2,800.00 |
|  |  | Continue drafting jury instructions |  |  |  |

Richard "Dick" Mooney                                                                                           Page      14

|            |     |                                                                                                                                                                                                                    | Hrs/Rate        | Tax# | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|------|----------|
| 4/24/2022  | PJK | Continue drafting jury instructions (4.1); Draft reply re motion for reconsideration (.7)                                                                                                                                      | 4.80 500.00/hr  |      | 2,400.00 |
| 4/26/2022  | PJK | Trial Preparation - 2nd focus group re client's story of what occurred                                                                                                                                                         | 4.20 500.00/hr  |      | 2,100.00 |
| -          | PJK | Edit/Revise def's proposed pretrial order                                                                                                                                                                                      | 2.80 500.00/hr  |      | 1,400.00 |
| 4/28/2022  | PJK | Review/edit jury instructions modified by def (1.9); Continue Editing/Revising def's proposed pretrial order & review def's listed exhibits for objections/admissibility (2.5); Meet & confer with Taryn Basauir (Opposing counsel) re proposed pretrial order (.7) | 5.10 500.00/hr  |      | 2,550.00 |
| 4/29/2022  | PJK | Cont. editing/Revising def's proposed pretrial order & review def's listed exhibits for objections/admissibility (.4); Meeting with client re presenting his story (3.9)                                                        | 4.30 500.00/hr  |      | 2,150.00 |
| 4/30/2022  | PJK | Edit/revise proposed pretrial order per meet & confer discussion (1.6); Draft plaintiff's trial brief (1.3)                                                                                                                     | 2.90 500.00/hr  |      | 1,450.00 |
| 5/1/2022   | PJK | Continue drafting plaintiff's trial brief (3.6); Revise/edit/update jury instructions per email communication with Opposing counsel (4.6)                                                                                       | 8.20 500.00/hr  |      | 4,100.00 |
| 5/2/2022   | PJK | Edit/Revise/update proposed pretrial order per email communication with Opposing counsel (2.6); finalize cited & uncited jury instructions and verdict form (1.1); Prepare Voir Dire Questions (2.2)                            | 5.90 500.00/hr  |      | 2,950.00 |
| 5/3/2022   | PJK | Email to/from opposing counsel re changes to pretrial order and jury instructions & edit/revise pretrial order & JI per follow discussions (1.7.); Review Mooney's dep transcript (4.6); Edit/revise/finalize trial brief (.7); create exh. charts (1.2) | 8.20 500.00/hr  |      | 4,100.00 |
| 5/4/2022   | PJK | Trial Preparation - prepare voir dire questions/topics to discuss with jury (1.3); Meeting with Client re trial preparation re exhibits/documents for trial (4.4)                                                               | 5.70 500.00/hr  |      | 2,850.00 |

Richard "Dick" Mooney                                                                                              Page     15

|  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|
| 5/5/2022 - PJK | Trial Preparation - prepare client's exam questions (6.3); Review Lensing dep transcript (.9) | 7.20 500.00/hr | | 3,600.00 |
| 5/6/2022 - PJK | Trial Preparation - Prepare for Talley examine questions (2.1); Travel to/from courthouse re Pretrial hearing (.9); Attend pretrial hearing (1.2); draft neutral stmt. (.6) | 6.10 500.00/hr | | 3,050.00 |
| 5/7/2022 - PJK | Trial Preparation - work on opening stmts | 5.90 500.00/hr | | 2,950.00 |
| 5/8/2022 - PJK | Trial Preparation - continue working on opening stmts (2.4); Continue preparing Talley questions (1.4); Prepare Ross questions (1.5) | 5.30 500.00/hr | | 2,650.00 |
| 5/9/2022 - PJK | Trial Preparation - continue work on opening stmts (3.4); Review Ross dep transcript (3.8) | 7.20 500.00/hr | | 3,600.00 |
| 5/10/2022 - PJK | Trial Preparation - Continue preparing client's exam questions (5.6); Trial preparation - practice w/ client re trial testimony (5.3); Interoffice trial strategy discussion with co-counsel re trial presentation (.7) | 11.60 500.00/hr | | 5,800.00 |
| 5/11/2022 - PJK | Trial Preparation -  Focus group re evidence/factors supporting claim (4.5); Trial - Continue reviewing Ross dep trnascript & preparing Ross questions (4.8); Review court's proposed preliminary jury instructions, jury instructions in course of trial, and pretrial conference agenda (.5); Review and revise Updated Def's Proposed Pretrial Order (1.5) | 11.40 500.00/hr | | 5,700.00 |
| 5/12/2022 - PJK |  Continue revising Def's updated Proposed Pretrial Order (1.1); Continue reviewing Ross dep transcript & prepare Ross trial questions (7.1); Review Curran transcript & possible trial questions (1.6); review & edit preliminary jury instructions per court's order (.2); Email opposing counsel re edit to preliminary instructions (.2) | 10.20 500.00/hr | | 5,100.00 |
| 5/13/2022 - PJK | Email from/to opposing counsel re modification to proposed preliminary jury instructions; Email to courtroom deputy re same | 0.20 500.00/hr | | 100.00 |

Richard "Dick" Mooney                                                                                              Page      16

|  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|
| 5/13/2022 - PJK | Trial Preparation - review DePaola dep transcript & prepare trial questions (3.6); travel to/from court re IT training (.9); Attend IT training (1.0) | 5.50 500.00/hr |  | 2,750.00 |
| 5/14/2022 - PJK | Prepare RBC's gross revenue calculations for Ross's examination (.6); Review/Edit/Revise updated exhibit and witness list on pretrial order (.8); Updated exhibit numerings in Mooney & Ross examination question outlines as well as our exhibit files (3.0); Read Talley dep transcript & continue preparing Talley trial questions (3.2) | 7.60 500.00/hr |  | 3,800.00 |
| 5/15/2022 - PJK | Trial Preparation - cont. working on opening stmt. (.5); Continue preparing Talley trial questions (4.2) | 4.70 500.00/hr |  | 2,350.00 |
| 5/16/2022 - PJK | Review and analyze Opposing counsel's updated exhibit & witness list on pretrial order & email Opposing counsel re same (.4); trial preparation - meeting w/ client & rehearse client's exam questions (4.9); Attend Pretrial phone conference with court (.5) | 5.80 500.00/hr |  | 2,900.00 |
| 5/17/2022 - PJK | Trial Preparation -meeting with client re rehearse his direct examination | 4.70 500.00/hr |  | 2,350.00 |
| 5/18/2022 - PJK | Edit/create opening stmt powerpoint presentation | 7.10 500.00/hr |  | 3,550.00 |
| 5/19/2022 - PJK | Trial Preparation - Continue editing/creating opening stmt powerpoint presentation | 9.40 500.00/hr |  | 4,700.00 |
| 5/20/2022 - PJK | Drive to/from Mooney's house re trial preparation meeting with Sue (1.1); Trial Preparation - go over direct exam with Sue (1.5); Focus Group - present opening stmt (3.0); Modify powerpoint presentation per focus group feedback (3.8) | 9.40 500.00/hr |  | 4,700.00 |
| 5/21/2022 - PJK | Trial Preparation - prepare closing argument (1.3); Draft supplemental jury instructions re "negative factor" instruction (.8); Rehearse opening stmt. (4.7) | 6.80 500.00/hr |  | 3,400.00 |
| 5/22/2022 - PJK | Trial Preparation - rehearse opening (1.4); Continue preparing closing argument (.5); Continue preparing | 4.60 500.00/hr |  | 2,300.00 |

Richard "Dick" Mooney                                                                                   Page       17

|            |     |                                                                                                                                                                                                  | Hrs/Rate          | Tax# | Amount      |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------|-------------|
|            |     | Lensing Exam questions (1.3); Finalize Voir Dire questions (1.2); Review court's proposed jury instruction (.2)                                                                                  |                   |      |             |
| 5/23/2022 -| PJK |                                                                                                                                                                                                  | 10.60<br>500.00/hr |      | 5,300.00    |
|            |     | Trvael to/from trial (1.2); Attend Trial - 1st day (7.5); legal research re opening stmt issue (.5); Continue working on closing arguments & powerpoint presentation (1.4)                       |                   |      |             |
| 5/24/2022 -| PJK |                                                                                                                                                                                                  | 13.80<br>500.00/hr |      | 6,900.00    |
|            |     | Travel to/from trial (1.2); Attend Trial - 2nd day (8.0); Continue working on closing arguments & powerpoint presentation (4.6)                                                                  |                   |      |             |
| 5/25/2022 -| PJK |                                                                                                                                                                                                  | 15.00<br>500.00/hr |      | 7,500.00    |
|            |     | Travel to/from trial (1.2); Attend Trial - 3rd day (6.0); communicate with opposing counsel & edit jury instructions (1.2); Continue working on closing arguments & powerpoint presentation (6.6) |                   |      |             |
| 5/26/2022 -| PJK |                                                                                                                                                                                                  | 10.10<br>500.00/hr |      | 5,050.00    |
|            |     | Travel to/from trial (1.2); Attend Trial - 4th day (7.5); Continue working on closing arguments & powerpoint presentation (1.4)                                                                  |                   |      |             |
| 5/27/2022 -| PJK |                                                                                                                                                                                                  | 4.30<br>500.00/hr  |      | 2,150.00    |
|            |     | Travel to/from trial (1.2); Attend Trial - 5th day for verdict (.7); Research re equitable remedy for adverse tax consequences (2.4)                                                             |                   |      |             |
| 6/1/2022 - | PJK |                                                                                                                                                                                                  | 3.80<br>500.00/hr  |      | 1,900.00    |
|            |     | Telephone conference with expert CPA re adverse tax consequences & interest (.3); Research re interest under FMLA (2.6); Telephone calls to potential atty fee experts re supporting fee award request (.9) |                   |      |             |
|            |     | For professional services rendered                                                                                                                                                               | 671.60            |      | $335,770.14 |
|            |     | Balance due                                                                                                                                                                                      |                   |      | $335,770.14 |