# EXHIBIT 7

Premier Law Group, PLLC
1408 140th PL NE
Bellevue, WA  98007


Invoice submitted to:
Richard "Dick" Mooney


June 2, 2022


Invoice #10033


Professional Services

|  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|
| 5/12/2022 - JJL | Prepare powerpoint aids for opening/trial | 2.60<br>350.00/hr |  | 910.00 |
| 5/18/2022 - JJL | Research jury instruction re negative factor | 0.80<br>400.00/hr |  | 320.00 |
| 5/20/2022 - JJL | Assist PJK with focus froup - opening stmt (3.0) | 3.00<br>400.00/hr |  | 1,200.00 |
| 5/23/2022 - JJL | Travel to/from trial (.7); Attend Trial - 1st day (7.5) | 8.20<br>400.00/hr |  | 3,280.00 |
| 5/24/2022 - JJL | Travel to/from trial (.7); Attend Trial - 2nd day (8.0); Prepare cross on Skilling (Review report, materials produced from SDT, research and review prior testimony, draft questions) (4.8) | 13.50<br>400.00/hr |  | 5,400.00 |
| 5/25/2022 - JJL | Travel to/from trial (.7); Attend Trial - 3rd day (6.0); Prepare cross-exam of Willemse (Review report, materials produced from SDT, research and review cited materials, draft questions) - (3.7) | 10.40<br>400.00/hr |  | 4,160.00 |
| 5/26/2022 - JJL | Travel to/from trial (.7); Attend Trial - 4th day (7.5) | 8.20<br>400.00/hr |  | 3,280.00 |
|  | For professional services rendered | 46.70 |  | $18,550.00 |

Richard "Dick" Mooney                                                                 Page         2

                                                                                          Amount

Balance due                                                                            $18,550.00