EXHIBIT 8

Premier Law Group, PLLC
1408 140th PL NE
Bellevue, WA  98007

Invoice submitted to:
Richard "Dick" Mooney

June 2, 2022

Invoice #10033

Professional Services

|  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|
| 1/19/2021 -  KLO | 0.90 | | 225.00 |
| Draft Rule 37 letter confirming discussions | 250.00/hr | | |
| For professional services rendered | 0.90 | | $225.00 |
| Balance due | | | $225.00 |