# EXHIBIT 1

Premier Law Group, PLLC
1408 140th PL NE
Bellevue, WA  98007

Invoice submitted to:
Richard "Dick" Mooney

July 27, 2022

Invoice #10033

Professional Services

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 6/6/2022 | PJK | Draft PJK declaration & review/analyze timesheets & file re fee award motion (4.1); Research cases re FMLA costs & fee award (1.7); Telephone call from economist re social security benefits questions (.3) | 6.10 500.00/hr | | 3,050.00 |
| 6/7/2022 | JJL | Research federal and state law re taxable costs | 1.40 400.00/hr | | 560.00 |
| - | JJL | Draft Motion for taxable costs | 1.10 400.00/hr | | 440.00 |
| 6/8/2022 | PJK | Telephone conference with economist re adverse tax consequences calculations (.3); Telephone conference with client re same (.3); Draft motion for atty's fees (4.5) | 5.10 500.00/hr | | 2,550.00 |
| - | JJL | Continue drafting Motion for taxable costs | 3.20 400.00/hr | | 1,280.00 |
| 6/9/2022 | PJK | Continue research re gross up adverse tax consequences (1.1) | 1.10 500.00/hr | | 550.00 |
| - | KLO | Research re Postjudgment Interest Rate | 0.30 250.00/hr | | 75.00 |
| - | KLO | Continue research re postjudgment Interest Rate | 0.20 250.00/hr | | 50.00 |

Richard "Dick" Mooney                                                                                                           Page     2

|                          |       |                                                                                                                                                                   | Hrs/Rate          | Tax# | Amount   |
|--------------------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------|----------|
| 6/9/2022 -               | KLO   | Research re Liquidated Damages                                                                                                                                    | 0.90<br>250.00/hr |      | 225.00   |
| 6/10/2022 -              | KLO   | Review and analyze statutes and cases re postjudgment interest                                                                                                    | 0.40<br>250.00/hr |      | 100.00   |
| 6/11/2022 -              | PJK   | Continue drafting PJK declaration re motion for atty's fees (1.3); Review/analyze economist's adverse tax consequence calculations (1.3); Conference call with economist re understanding his calculations (.6); Continue drafting motion for atty's fees (5.1) | 8.30<br>500.00/hr |      | 4,150.00 |
| 6/13/2022 -              | KLO   | Research re Willfullness and Bonafide dispute under WFMLA                                                                                                         | 0.80<br>250.00/hr |      | 200.00   |
| -                        | KLO   | Continue researching re Prejudgment Interest Rate; Research re liquidated damages award                                                                           | 0.60<br>250.00/hr |      | 150.00   |
| -                        | KLO   | Review and analyze expert report related to adverse tax consequences and prejudgment interest                                                                     | 0.30<br>250.00/hr |      | 75.00    |
| 6/14/2022 -              | PJK   | Continue drafting motion for atty's fees re add lodestar multiplier argument & complexity/difficulty of case                                                      | 6.20<br>500.00/hr |      | 3,100.00 |
| 6/16/2022 -              | KLO   | Continue researching re Willfullness and Bonafide dispute under WFMLA                                                                                             | 0.50<br>250.00/hr |      | 125.00   |
| 6/21/2022 -              | PJK   | Edit/revise JJL's motion for taxable and nontaxable costs (5.6); Research re out of pocket expenses as costs (2.4)                                                | 8.00<br>500.00/hr |      | 4,000.00 |
| 6/22/2022 -              | PJK   | Continue editing motion for costs (1.6); Draft declaration of PJK (.8); draft proposed order (.2)                                                                 | 2.60<br>500.00/hr |      | 1,300.00 |
| -                        | PJK   | Research cases re federal FMLA liquidated damages & WFMLA willfulness & bona fide dispute (2.3); Draft motion re liquidated damages under federal FMLA & WFMLA (3.6) | 5.90<br>500.00/hr |      | 2,950.00 |
| 6/26/2022 -              | PJK   | Research re prejudgment interest (2.4); Continue drafting motion re prejudgment interest (1.5)                                                                    | 3.90<br>500.00/hr |      | 1,950.00 |

| Richard "Dick" Mooney | | | | Page | 3 |
|---|---|---|---|---|---|
| | | | Hrs/Rate | Tax# | Amount |
| 6/27/2022 - PJK | Continue drafting brief re prejudgment interest arguments (1.2); Edit/revise brief re added section re post-judgment interest (.9); Legal research re gross-up adjustments for adverse tax consequences (1.8); Edit/revise brief re adjustment for adverse tax consequences argument (3.2) | | 6.20 500.00/hr | | 3,100.00 |
| 6/28/2022 - PJK | Edit/Revise/finalize motion for liquidated damages, prejudgment interest, post judgment interest & gross up adjustment (1.9); Draft declaration of William Brandt (2.4); Draft proposed order re liquidated damages, prejudgment interest, post judgment interest & gross up adjustment (.5) | | 4.80 500.00/hr | | 2,400.00 |
| - PJK | Review and analyze Def's opposition to plff's motion for fees (.5); Research cases re striking brief for failure to comply with local rules page limit (.4); Draft motion to strike argument (.4) | | 1.30 500.00/hr | | 650.00 |
| 6/29/2022 - PJK | Review and analyze cases cited in def's brief (1.8); Research cases fro reply brief re common core facts, inseparable claims, successful claims but losing motions (3.4); Draft reply brief (3.1) | | 8.30 500.00/hr | | 4,150.00 |
| 6/30/2022 - PJK | Continue drafting reply brief (4.6); Draft PJK's 2nd declaration (.6) | | 5.20 500.00/hr | | 2,600.00 |
| - PJK | Review and analyze def's motion for new trial (.3); Legal reseacrh re motion for new trial issues (.5) | | 0.80 500.00/hr | | 400.00 |
| 7/1/2022 - PJK | Review trial materials & prepare outline of arguments re def's motion for trial (3.9) | | 3.90 500.00/hr | | 1,950.00 |
| 7/3/2022 - PJK | Continue research case law re motion for new trial issues including circumstantial evidence (2.8); Draft opposition to Def's motion for new trial re the evidence supporting the verdict argmts (3.6) | | 6.40 500.00/hr | | 3,200.00 |
| 7/5/2022 - PJK | Revise/edit Def's motion for new trial re the evidence supporting the verdict (3.1); Research re attorney misconduct/misstatement during opening/closing (2.7) | | 5.80 500.00/hr | | 2,900.00 |

Richard "Dick" Mooney                                                                                         Page      4

|            |     |                                                                                                                                                                                      | Hrs/Rate         | Tax# | Amount      |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|------|-------------|
| 7/6/2022   | PJK | Draft argmt re atty misconduct in opposition to motion for new trial                                                                                                                                   | 3.80 500.00/hr   |      | 1,900.00    |
| 7/7/2022   | PJK | Draft proposed order denying motion for new trial (.3); draft declaration of PJK re denial of new trial (.4); Edit/revise/finalize opposition to def's motion for new trial (3.4)                      | 4.10 500.00/hr   |      | 2,050.00    |
| 7/11/2022  | PJK | Review cases cited by defense re def's opposition to motion for costs (1.7); Draft reply brief re motion for costs(4.1)                                                                                | 5.80 500.00/hr   |      | 2,900.00    |
| 7/12/2022  | PJK | Legal research re cases cited by Defense and cases for reply (1.6); Draft reply brief in support of motion to amend/alter judgment (6.2)                                                               | 7.80 500.00/hr   |      | 3,900.00    |
| 7/13/2022  | PJK | Edit/Revise/finalize reply brief re motion for costs (.9); Finalize/edit reply brief re motion to amend judgment re liquidated damages, interest, etc. (2.3)                                           | 3.20 500.00/hr   |      | 1,600.00    |
| 7/21/2022  | PJK | Research re supplemental motion for fees re post-judgment motion issues                                                                                                                                | 3.20 500.00/hr   |      | 1,600.00    |
| 7/26/2022  | PJK | Draft supplemental motion for atty fees                                                                                                                                                                | 3.10 500.00/hr   |      | 1,550.00    |
| 7/27/2022  | PJK | Continue drafting supplemental motion for atty fees                                                                                                                                                    | 2.60 500.00/hr   |      | 1,300.00    |
|            |     | For professional services rendered                                                                                                                                                                     | 133.20           |      | $65,030.00  |
|            |     | Balance due                                                                                                                                                                                            |                  |      | $65,030.00  |