# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RICHARD MOONEY,<br><br>                          Plaintiff,<br>v.<br><br>ROLLER BEARING COMPANY OF AMERICA, INC.,<br><br>                          Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:20-cv-01030-LK |

☒   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE JURY FOUND in favor of Plaintiff Richard Mooney on his claims against Defendant Roller Bearing Company of America, Inc. under the Family and Medical Leave Act and the Washington Family and Medical Leave Act and awarded $160,000 in damages. *See* Jury Verdict, Dkt. Nos. 114 (sealed), 115 (redacted).

THE COURT FOUND AND CONCLUDED that Mooney is entitled to an award of liquidated damages of $161,037.78. The Court awarded Plaintiff attorney's fees in the amount of $378,737, a gross up for his adverse tax consequences in the amount of $20,705, and non-taxable costs in the amount of $7,039.93 (4,922.43+2,117.50). The Clerk of the Court has also taxed costs of $6,223.64 against Defendant. And the Court awarded prejudgment interest in the amount of $1,037.78 and post-judgment interest at the federal rate pursuant

//

//

//

//

to 28 U.S.C. § 1961 from the date of the judgment through satisfaction of the judgment on the full amount of the judgment.

Dated December 4, 2023.

Ravi Subramanian
Clerk of Court

/s/Natalie Wood
Deputy Clerk
